IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LETTERS ROGATORY FROM THE LABOR COURT NO. 10 OF BUENOS AIRES, ARGENTINA | ) ) ) ) Misc. No. 06-30 ELECTRONICALLY FILED |

**ORDER**

Upon application of the United States of America, and upon review of the letter rogatory from Labor Court No. 10 of Buenos Aires, Argentina, seeking certain bank records from PNC Pittsburgh National Bank Branch 080 located within this District, for use in a judicial proceeding in Argentina; and after review of the application and representations of the U.S. Attorney for this District, it is hereby

ORDERED, pursuant to 28 U.S.C. § 1782, that Paul D. Kovac, Assistant United States Attorney, hereby is appointed as Commissioner of this Court, to issue a subpoena and to take such steps as necessary to obtain the bank records in conformity with the letter rogatory; to certify the said records to the Office of International Affairs, United States Department of Justice, for transmission to Labor Court No. 10 of Buenos Aires, Argentina; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated: 2/7/06

_____
United States District Judge

cc:   Paul Kovac, AUSA